Zoa Rodríguez Mattei, recurrente, *v.* El Registrador de la Propiedad de San Germán, recurrido.

No. 693.—*Sometido:* Noviembre 8, 1927. *Resuelto:* Noviembre 30, 1927.

Recursos Gubernativos—Revisión—Desestimación.—Cuando el registrador, en cumplimiento de la sección 2 de la ley de 1 de marzo de 1902 (Comp. 213), envía los documentos por correo al Supremo y el apelante no radica alegato alguno dentro del término prescrito por la Regla 92-A del Supremo, procede desestimar el recurso.

Nota de *Luis Capó Matres,* R. (San Germán), denegando anotación de demanda en el registro. *Confirmada.*

Ni el recurrente ni el registrador recurrido comparecieron.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

La sección 2 de la ley de primero de marzo de 1902, 2131 de la Compilación de 1911, dispone que—

"Si éste, dentro del segundo día no recogiere el documento, el registrador lo enviará *por el correo más próximo* al Tribunal Su-

premo, quien dentro de diez días decidirá si aprueba o revoca la negativa del registrador, y al día siguiente se lo devolverá *por correo* al registrador para que cumpla la resolución dictada, acompañado de una copia de dicha resolución.

"Durante esos diez días el registrador, el interesado o su abogado, harán por escrito al tribunal las alegaciones pertinentes a su derecho."

De conformidad con esta sección el registrador ha remitido algunos documentos, pero el apelante no ha radicado su alegato.

La regla 92A de este tribunal dice así:

"*Recursos gubernativos.*—Archivado que sea un recurso gubernativo en la oficina del secretario, éste dará inmediato aviso al registrador de la propiedad contra cuya calificación se haya recurrido, así como a la parte recurrente o a su abogado, participándoles la fecha y número de radicación del recurso, a fin de que, dentro de los diez días siguientes, hagan por escrito al tribunal las alegaciones pertinentes en apoyo de sus respectivas pretensiones. De estas alegaciones se presentarán seis copias, con constancia en la original de haber sido la misma notificada a la parte contraria. Deberá acompañarse asimismo una copia simple en maquinilla del documento o documentos objeto del recurso."

Un apelante no debe descansar en esta corte para que examine los documentos y encuentre los errores.

*Debe desestimarse la apelación y confirmarse la nota del registrador.*